IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**CORNELIUS BRYANT,**

    **Petitioner**,

v.                                          Civil Action No. 3:07cv102
                                                    (Judge Bailey)

**JOE D. DRIVER, Warden,**

    **Respondent.**

## ORDER MOOTING PETITIONER'S MOTION TO MODIFY ORDER

This case is before the Court on the petitioner's Motion Requesting the Court to Modify its Last Decree and Order. In support of the motion, the petitioner asserts that his halfway house date is fast approaching and therefore requests the Court modify its show cause order to give the respondent only 15 days to file a response to the petition.

A review of the file shows that the respondent filed a response to the petition on September 19, 2007. Accordingly, the petitioner's motion requesting the court modify its show cause order (dckt. 5) is **DENIED as moot**.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner and to transmit a copy of this Order to counsel of record electronically.

DATED: November 15, 2007.

                                                        /s *John S. Kaull*
                                                        JOHN S. KAULL
                                                        UNITED STATES MAGISTRATE JUDGE